IN THE UNITED STATES BANKRUPTCY COURT
For the NORTHERN DISTRICT of CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| In re: ) | Chapter: 13 | |
| Marcus A. Sr Duron ) | | |
| ) | REQUEST FOR SPECIAL NOTICE | |
| ) | Case Number: 07-40941 | |
| Debtor(s) ) | [No Hearing Required] | |

TO THE CLERK:

    The undersigned attorneys for:
        ECAST FOB WELLS FARGO

a creditor of the above referenced debtor.

    Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

    REQUEST IS HEREBY MADE that ECAST FOB WELLS FARGO be given and served with all notices given or required to be given in the case as follows:

        ECAST FOB WELLS FARGO
        Bass & Associates, P.C.
        3936 E. Ft. Lowell Road, Suite #200
        Tucson, AZ 85712

    Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 10/08/07
Account Number: ****************0001

    Respectfully submitted,
    Bass & Associates, P.C.

    By: /s/ Patti H. Bass  (AZ 016849)
        Attorneys for Creditor
        ECAST FOB WELLS FARGO
        3936 E Ft Lowell Rd Suite 200
        Tucson, AZ  85712-1083
        (520) 577-1544
        ecf@bass-associates.com