

**Signed: December 28, 2007**

_____
**RANDALL J. NEWSOME
U.S. Bankruptcy Judge**
_____

BUCHALTER NEMER
A Professional Corporation
  BARRY A. SMITH (SBN: 48697)
  CRAIG C. CHIANG (SBN: 209602)
1000 Wilshire Boulevard, Suite 1500
Los Angeles CA  90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 891-0400
Email: cchiang@buchalter.com

Attorneys for Secured Creditor
PACIFIC SERVICE CREDIT UNION

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>MARCUS ANTONIO DURON,<br><br>      Debtor.<br>_____<br><br>PACIFIC SERVICE CREDIT UNION,<br><br>      Movant<br><br>vs.<br><br>MARCUS ANTONIO DURON,<br><br>      Respondent. | Case No. 07-40941<br><br>Chapter 13<br><br>RS  No. CCC-001<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date:  December 19, 2007<br>Time:  10:30 a.m.<br>Place:  1301 Clay Street<br>         Courtroom: 220<br>         Oakland CA |

     Pacific Service Credit Union's ("Movant") Motion for Relief from the Automatic Stay ("Motion") came for hearing before the Honorable Randall J. Newsome on December 19, 2007 at the time and place captioned above.  Craig Chiang, Esq. with the law firm of Buchalter Nemer, P.C. appeared on behalf of Movant.

     Having reviewed the Motion and supporting documents and determined that notice of the Motion was proper, and good and sufficient cause exists for granting the relief requested in the

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 1630801v1

1

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

Case: 07-40941   Doc# 32   Filed: 12/28/07   Entered: 12/28/07 11:59:08   Page 1 of 3

Motion.

**IT IS HEREBY ORDERED THAT:**

(1) The Motion is granted;

(2) The automatic stay of 11 U.S.C. § 362 is terminated to permit Movant to exercise any and all rights and remedies under applicable law to personal property identified in the Motion as a 2002 Dodge Neon, Vehicle Identification No. 1B3ES26C42D522320 ("Vehicle"), including, but not limited to, repossessing and selling the Vehicle;

(3) The 10-day stay prescribed by Federal Rule of Bankruptcy Procedure 4001(a)(3) shall be waived.

*END OF ORDER*

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 1630801v1

2

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

Case: 07-40941   Doc# 32   Filed: 12/28/07   Entered: 12/28/07 11:59:08   Page 2 of 3

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |

1  **COURT SERVICE LIST**

2  United States Trustee
   1301 Clay Street, #690N
3  Oakland CA  94612

4  Martha G. Bronitsky
   P.O. Box 5004
5  Hayward CA  94540-5004

6  Patrick Forte
   Law Offices of Patrick L. Forte
7  1 Kaiser Plaza #480
   Oakland, CA  94612
8
   Craig Chiang
9  Buchalter Nemer
   333 Market Street, 25th Floor
10 San Francisco CA  94105

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 1630801v1

3

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

Case: 07-40941    Doc# 32    Filed: 12/28/07    Entered: 12/28/07 11:59:08    Page 3 of 3