```
 1  PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 07-40941 WJL |
| **MARCUS ANTONIO DURON,** | Chapter 13 |
| Debtor. | OBJECTION TO CLAIM #10 OF CAL STATE EMP CREDIT UNION #9 AND OPPORTUNITY FOR HEARING |
| _____/ | |

The undersigned objects to allowance of Claim No. 9 filed by Cal State Emp Credit Union #9

    ( ) For any amount

    (X) Except as an unsecured deficiency claim from December 2009 and on.

    ( ) Except as a secured arrearage claim for $_____.

    ( ) Except as an unsecured non-priority claim for $_____.

for the following reason:

Debtor surrendered his trailer to Cal State Emp Credit Union #9 in December 2009.

**PLEASE TAKE NOTICE:**

    (i) That Local Rule 9014-1 of the United States Bankruptcy Court

Page 1 of 2

Case: 07-40941    Doc# 73    Filed: 05/05/11    Entered: 05/05/11 12:43:08    Page 1 of 2

for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the undersigned within twenty one (21) days of mailing of this Notice;

(ii)  That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iii)  That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

(iv)  That the undersigned will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: May 5, 2011                    /s/ Patrick L. Forte
                                      PATRICK L. FORTE
                                      Attorney for Debtor