```
1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorney for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 07-40941 WJL** |
| **MARCUS ANTONIO DURON,** | **Chapter 13** |
|               **Debtors.** | **CERTIFICATE OF SERVICE** |

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On May 5, 2011, I served the within;

**OBJECTION TO CLAIM #10 OF CAL STATE EMP CREDIT UNION #9 AND OPPORTUNITY FOR HEARING**

on the below-named in this action electronically through the court's CM/ECF program:

**Martha Bronitsky, Trustee    U. S. Trustee**

and on the below names in this action by placing a true copy thereof in a sealed envelope with postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

**Attn: Officer or Managing Agent**
**Cal State Emp Credit Union #9**
**Po Box 271768**
**Concord, CA 94527-1768**
*///*

*///*

Page 1 of 2

Case: 07-40941   Doc# 73-1   Filed: 05/05/11   Entered: 05/05/11 12:43:08   Page 1 of 2

1  I declare under penalty of perjury under the laws of the State of
   California that the foregoing is true and correct.
2
   Dated: May 5, 2011
3                                    /s/ Joe P. Segura
                                     JOE P. SEGURA
4